ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd.
Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEBSITE MANAGEMENT SYSTEMS, LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DAILEDA, an individual residing in Nevada, MELVIN OMAN, an individual residing in Nevada, DEVAN HIRST, an individual residing in Nevada, YES WE WILL, INC., a Nevada Corporation, and DOES 1-X,<br><br>Defendants. | Case No.: 2:20-cv-00213<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Website Management Systems, LLC, ("WMS") moved for an entry of temporary restraining order pursuant to Nev. Rev. Stat. § 600A.010, *et seq.*, and the terms and covenants of contractual agreements by and between WMS and Defendants Benjamin Daileda ("Daileda"), Melvin Oman ("Oman"), Devan Hirst ("Hirst") and Yes We Will, Inc. ("Yes We Will") (collectively "Defendants"). This Court, having duly considered Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the declaration of Rob Raskin and exhibits included therewith, the pleadings and records on file, the Memorandum of Points and Authorities, and any oral argument of counsel received by this Court, hereby concludes as follows:

Plaintiff is likely to succeed on its claims under Nevada's Uniform Trade Secret Act

(Nev. Rev. Stat. §600A.010. *et seq.*) ("UTSA") and its breach of contract claims.

Regarding the claims under the UTSA, Plaintiff is likely to prove (i) it owns trade secrets; (ii) Defendants misappropriated and are using Plaintiff's trade secrets; (iii) Plaintiff will and is suffering irreparable harm; (iv) the balance of hardships weighs in the favor of Plaintiff and (v) the issuance of the temporary restraining order is in the public's interest.

Regarding the breach of contract claims, Plaintiff is likely to prove (i) the existence of employment and confidentiality agreements ("Agreements") with Defendants Daileda, Oman and Hirst; (ii) Defendants Daileda, Oman and Hirst breached their respective Agreements by misappropriating and disclosing Plaintiff's confidential information and starting a competing business in violation of the Confidentiality and Non-Compete provisions set forth in the Agreements; (iii) Plaintiff performed its obligations under the Agreements and (iv) Plaintiff has been damaged by said breaches of the Agreements.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED** that pending a hearing by this Court on Plaintiff's Motion for Preliminary Injunction, Defendants, and all agents, partners, servants or other person or entities acting for or in concert with Defendants, is and are hereby restrained from:

1. possessing, using, disclosing and otherwise exploiting Plaintiff's confidential data comprising at least Plaintiff's trade secrets including: (i) the process for optimizing the search results position of a customer's website based on key words; (ii) the detailed in-house procedure for identifying leads; (iii) the list of leads generated from the detailed in-house procedure for identifying leads; (iv) the password protected website demo which Plaintiff uses to show customers the benefits of utilizing Plaintiff's search engine optimization tools; and (v) the detailed in-house order fulfillment procedure to satisfy customer needs; and

2. destroying, deleting or otherwise eliminating evidence, including tangible documents and digital records, of Defendants' possession, use, disclosure and exploitation of Plaintiff's trade secrets and other confidential information; and

3. engaging or operating any business in competition with Plaintiff's business

comprising: (i) search engine optimization; (ii) selling of LLC's, corporate credit and business plans and (iii) development of custom websites.

**IT IS FURTHER ORDERED AND DECREED** that a hearing on Plaintiff's Motion for Preliminary Injunction shall be held on March 4, 2020 at 10:30 a.m., in Courtroom 6A of the Nevada District Court located at 333 Las Vegas Boulevard South, Las Vegas, NV 89101.

**IT IS FURTHER ORDERED AND DECREED** that Plaintiff post a bond in the sum of &2,000 to render this Order effective, unless this Court grants Plaintiff's request that no bond be posted.

DATED February 25, 2020, at 10:30 A.M.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

PROPOSED ORDER FOR TRO

3