UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WEBSITE MANAGEMENT SYSTEMS LLC, | Case No. 2:20-CV-213 JCM (BNW) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| BENHAMIN DAILEDA et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Website Management Systems, LLC v. Daileda et al.*, case number 2:20-cv-00213-JCM-BNW. On February 24, Website Management Systems, LLC ("plaintiff") moved for a temporary restraining order (ECF No. 7) and preliminary injunction (ECF No. 8).

The court granted plaintiff's motion for a temporary restraining order and set a preliminary injunction hearing on Wednesday, March 4, 2020, at 10:30 a.m. The court hereby orders the following expedited briefing schedule for the motion for preliminary injunction. Defendants Benjamin Daileda, Melvin Oman, Devan Hirst, and Yes We Will, Inc. shall file their response before 5:00 p.m. on Friday, February 28, 2020. Plaintiff shall file its reply, if any, before 5:00 p.m. on Monday, March 2, 2020.

Accordingly,

IT IS SO ORDERED.

DATED February 25, 2020.

                                                            *James C. Mahan*
                                                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**