Rob L. Phillips
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FisherBroyles, LLP
5670 Wilshire Blvd.
Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEBSITE MANAGEMENT SYSTEMS, LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DAILEDA, an individual residing in Nevada, MELVIN OMAN, an individual residing in Nevada, DEVAN HIRST, an individual residing in Nevada, YES WE WILL, INC., a Nevada Corporation, and DOES 1-X,<br><br>Defendants. | Case No.: 2:20-cv-00213<br><br>**DECLARATION OF THOMAS F. CIRO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

### DECLARATION

I, Thomas F. Ciro, declare as follows:

1. I am the General Sales Manager for Website Management Systems, LLC ("WMS"). I was hired by WMS on March 29, 2012.

2. On January 24, 2020, I talked to Roosevelt Smith who had signed a contract with WMS to provide search optimization services. He identified 1st Page Group as the company that contacted him and attempted to persuade him to leave WMS using the using the same sales pitch, pitch materials, including website demo, and search engine optimization process as WMS.

3. On February 27, 2020, I talked to Mark McVey who had signed a contract with WMS to provide search optimization services. He identified 1st Page Group as the company that

DECLARATION OF THOMAS F. CIRO

1

contacted him and attempted to persuade him to leave WMS using the using the same sales pitch, pitch materials, including website demo, and search engine optimization process as WMS. He demanded a refund of $6500 because he was unhappy after hearing and seeing the same sales pitch, pitch materials, including website demo, and search engine optimization process as WMS after being told by WMS that it's processes were unique.

4. After learning that another company was formed by ex-employees of WMS to compete with WMS using the same using the same sales pitch, pitch materials, including website demo, and search engine optimization process as WMS, I participated in a call as a prospective customer of 1st Page Group. I immediately realized from the voice that the person calling himself James Webb at 1st Page Group was in fact Ben Daileda who I had worked with for 7+ years at WMS.

5. During the prospective customer call I also learned that 1st Page Group was using the same sales pitch, pitch materials, including website demo, and search engine optimization process as WMS. In some cases the materials were word-for-word the same as WMS.

6. I am personally aware that it has taken many years for WMS to develop its process for sifting through directories and other information to be able to efficiently identify the bad and the ugly leads versus the quality leads for its business. That is, it has taken years to perfect and optimize the process.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: March 2, 2020

*Thomas for Ciro*

THOMAS F. CIRO

FisherBroyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

DECLARATION OF THOMAS F. CIRO

2