ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd.
Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEBSITE MANAGEMENT SYSTEMS, LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DAILEDA, an individual residing in Nevada, MELVIN OMAN, an individual residing in Nevada, DEVAN HIRST, an individual residing in Nevada, YES WE WILL, INC., a Nevada Corporation, and DOES 1-X,<br><br>Defendants. | Case No.: 2:20-cv-00213<br><br>**DECLARATION OF ROBERT LISI IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION**

I, Robert Lisi, declare as follows:

1. I am a Sales Manager/Closer/Trainer for Website Management Systems, LLC ("WMS"). I was hired by WMS on November 11, 2016.

2. On January 24, 2020, I contacted a lead named Katrina Creedon who was generated by our lead generation team.

3. When I reached Ms. Creedon by telephone, she advised me that she had already been contacted by 1st Page Group to provide the search engine optimization services and had signed a contract with them. She also advised me that 1st Page Group's sales pitch, pitch materials, including website demo, search engine optimization process and fulfillment process

were the same as those of WMS.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: March 2, 2020

ROBERT LISI

DECLARATION OF ROBERT LISI

2