

EXHIBIT A



## how We Can Help Your Business Grow



## Become Found Online

A website that no one visits IS USELESS. A website with customized visitors who are looking for your services IS PRICELESS. Our Digital Marketing Programs enable our client's brand to be found online on many different platforms. Our digital marketing services will get your business found to increase your business's revenue.

## Our full-service web solutions help your business grow online leads, calls, and revenue.

The First Page Group is a full-service Internet marketing, website design and organic lead generation company offering innovative web marketing solutions to small to large size companies across the world. As a leader in organic lead generation, web design, ecommerce, website conversion, and Internet marketing services, our firm prides ourselves on driving qualified buyers, converting visitors, and measuring effectiveness to ultimately deliver real results for our clients.

We have an ever-expanding trophy cabinet for our web design, organic lead generation, and digital marketing work. Get in touch with our team today to experience what makes The First Page Group stand apart from other all other digital marketing agencies.

The Digital Business World is forever Evolving

EXHIBIT A





