UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WEBSITE MANAGEMENT SYSTEMS LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>BENHAMIN DAILEDA et al.,<br><br>Defendant(s). | Case No. 2:20-CV-213 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Website Management Systems, LLC v. Daileda et al.*, case number 2:20-cv-00213-JCM-BNW. On February 24, Website Management Systems, LLC ("plaintiff") moved for a temporary restraining order (ECF No. 7) and preliminary injunction (ECF No. 8).

The court granted plaintiff's motion for a temporary restraining order and set a preliminary injunction hearing on Wednesday, March 4, 2020, at 10:30 a.m. At the hearing, the court ordered plaintiff to brief the issue of what constitutes the purported trade secrets defendants are misappropriating. (ECF No. 21). That brief is due March 11, 2020, and defendants' response, if any, is due March 18, 2020. *Id.*

Federal Rule of Civil Procedure 65(b)(2) provides that a temporary restraining order expires 14 days after entry "unless before that time the court, for good cause, extends it for a like period." Fed. R. Civ. P. 65. Here, the temporary restraining order is set to expire on March 10, 2020. In light of the briefing ordered by the court at the preliminary injunction hearing, good cause exists to extend the temporary restraining order for an additional 14 days, to March 24, 2020.

. . .

James C. Mahan
U.S. District Judge

1 | Accordingly,
2 | IT IS SO ORDERED.
3 | DATED March 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -