ROB L. PHILLIPS
Nevada Bar No. 8225
rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEBSITE MANAGEMENT SYSTEMS, LLC, a Nevada Limited Liability Company; and KJR MANAGEMENT COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN DAILEDA, an individual residing in Nevada, MELVIN OMAN, an individual residing in Nevada, DEVAN HIRST, an individual residing in Nevada, YES WE WILL, INC., a Nevada Corporation, and DOES 1-X,<br><br>Defendants.<br>_____<br><br>YES WE WILL, INC., a Nevada Corporation,<br><br>CounterClaimant,<br><br>v.<br><br>WEBSITE MANAGEMENT SYSTEMS, LLC, a Nevada Limited Liability Company; and KJR MANAGEMENT COMPANY, LLC, and ROES 1-X,<br><br>Counter-Defendants. | Case No.: 2:20-CV-00213-JCM-BNW<br><br>**STIPULATION TO STAY DISCOVERY AND CASE DEADLINES PENDING A RULING ON PLAINTIFF WEBSITE MANAGEMNET SYSTEMS, LLC'S APPEAL TO THE COURT OF APPEALS FOR THE 9TH CIRCUIT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Website Management Systems, LLC., and KJR Management Company, LLC., by and through their counsel of record Rob L. Phillips, Esq., of the law firm Fisher Broyles, LLP., and Defendants Benjamin Daileda et. al., by and through their counsel of record H. Stan Johnson,

STIPULATION AND ORDER TO STAY DISCOVERY AND CASE DEADLINES (FIRST REQUEST)

1

Esq., of the law firm of Cohen Johnson Parker Edwards, stipulate as follows.

**1.     The Current Discovery Plan and Scheduling Order (Document 59) Sets Forth the Following Dates (no trial date has been set):**

    a.     Close of Discovery:

        April 21, 2021

    b.     Deadline to file the Dispositive Motions:

        May 21, 2021

    c.     Deadline to file Joint Pretrial Order:

        June 21, 2021

**2.     Reason for Stipulation to Stay Discovery and Case Deadlines**

On May 26, 2020, Plaintiff Website Management Systems, LLC filed an Appeal of this Court's Order denying the issuance of a Preliminary Injunction related to allegations of trade secret misappropriation and breach of non-compete agreements.  The matter has been fully briefed and oral argument was held on November 20, 2020 before the Court of Appeals for the 9th Circuit ("9th Circuit").  The ruling by the 9th Circuit has been stayed pending a decision by the Nevada Supreme Court on an issue relevant to the non-compete agreements in this case.  The Nevada Supreme Court handed down its decision on December 31, 2020 and the parties have provided the same to the 9th Circuit.

Accordingly, the decision by the Nevada Supreme Court and the 9th Circuit will have a direct bearing on the issues in this case.  In other words, some of the issues in this case may be resolved by the 9th Circuit's ruling.  The parties thus recognize that discovery issues, including the taking of depositions, will be directly impacted by the 9th Circuit's ruling and therefore to prevent unnecessary legal services and client fees, and any unnecessary use of the Court's resources, the parties agree and propose that the dates and deadlines in the second amended Scheduling Order (Document 59) be stayed until such time as the 9th Circuit has ruled upon Plaintiffs' Appeal.  Thereafter, within fifteen (15) days of the 9th Circuit's ruling on the Appeal, the parties will submit

2

STIPULATION AND ORDER TO STAY DISCOVERY AND CASE DEADLINES (FIRST REQUEST)

a third amended Scheduling Order for court review.

DATED this 23rd day of March, 2021.　　　　DATED this 23rd day of March, 2021.

**FISHER BROYLES, LLP**　　　　　　　　**COHEN JOHNSON PARKER EDWARDS**

　/Rob L. Phillips/　　　
ROB L. PHILLIPS, ESQ.　　　　　　　　　　/H. Stan Johnson/　
Nevada Bar No. 8225　　　　　　　　　　H. STAN JOHNSON, ESQ.
5670 Wilshire Blvd. Ste. 1800　　　　　　　Nevada Bar No. 00265
Los Angeles, CA 90036　　　　　　　　　　RYAN D. JOHNSON, ESQ.
*Attorneys for Plaintiffs and Counter-*　　　　Nevada Bar No. 14724
*Defendants*　　　　　　　　　　　　　　375 E. Warm Springs Road, Suite 104
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89119
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants and Counterclaimants*

**IT IS ORDERED that ECF No. 67 is GRANTED. A proposed discovery plan and scheduling order is due 15 days after the Ninth Circuit decides the appeal in this case.**

**IT IS FURTHER ORDERED that in light of the discovery stay, Plaintiff's motion to compel at ECF No. 62 is DENIED without prejudice under the Court's broad discretion to control its docket. After the Ninth Circuit decision is rendered and the discovery stay is lifted, if any or all of the issues presented in the motion to compel are still in dispute, Plaintiff may renew its motion.**

**IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to compel on 3/31/2021 is VACATED.**

**IT IS SO ORDERED**

**DATED:** 2:48 pm, March 24, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

STIPULATION AND ORDER TO STAY DISCOVERY AND CASE DEADLINES (FIRST REQUEST)

3